UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RUSSELL JUDD,

  Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

  Defendants.

CASE NO. C00-981C

ORDER

This matter comes before the Court on Plaintiff's Motion for Relief from Judgment (Dkt. No. 13). In July 2000, this Court dismissed Plaintiff's action for failure to pay the required filing fee. The Ninth Circuit upheld this dismissal.

Plaintiff's Motion for Relief from Judgment is untimely, as it was filed more than four years after the action was dismissed. Furthermore, the motion does not provide any reason why the Court's July 2000 Order should be vacated. Accordingly, the Court hereby DENIES Plaintiff's Motion.

SO ORDERED this  17th  day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1